In the Matter of the Application of MAURICE SERVIS for Admission to the Bar. (From the State of Pennsylvania.) — Application granted. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

ALFONSINA GALEAZZO, Appellant, v. BAER ZUCKERBRAUN, Respondent.— The decision of this court, handed down on December 21, 1928, is hereby amended to read as follows: Order, in so far as it grants the motion to vacate the notice of examination as to items 5 and 6, reversed upon the law and the facts, without costs, and motion denied, without costs, as to item 5 and that part of item 6 which reads: " Whether the defendant did not continue his advice to the plaintiff; " the examination to proceed on two days' notice. In our opinion appellant is entitled to the examination to the extent herein indicated. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

YORK MORTGAGE CORPORATION, Appellant, v. CLOTAR CONSTRUCTION CORPORATION and Others, Defendants. OCEAN REALTY COMPANY, Respondent.— Motion for stay granted to the extent of requiring that there be deposited in court by the referee, out of the proceeds of sale, the sum of $20,850, with interest to date, or, at the option of respondent, that respondent file an undertaking, with corporate surety, conditioned that said sum will be available in the event that the judgment from which the appeal is taken be reversed; the appellant in the event of such filing, to file an undertaking, with corporate surety, which shall provide that if the judgment be affirmed the fees for the undertaking, and the costs, will be paid by appellant. Present — Lazansky, P. J., Young, Seeger, Carswell and Scudder, JJ. Settle order on notice before Mr. Justice Scudder.